UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA CRAIG,

        Plaintiff,        Case Number 15-12434
                                         Honorable Terrence G. Berg

v.

CAMP BRIGHTON,

        Defendant.
_____/

**ORDER AMENDING DOCKET INFORMATION, STRIKING ORDER TO CORRECT DEFICIENCY (Dkt. 5), AND DIRECTING PLAINTIFF TO SUBMIT FILING FEE OR APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS**

On July 27, 2015 the Court received mail returned as undeliverable as to Plaintiff Craig. Upon review of the case file, the Court discerned that Plaintiff's address was incorrectly listed on the official docket. Plaintiff is no longer incarcerated and service should be effectuated at her place of residence.

Accordingly, it is ORDERED that the court's docket be amended to reflect the correct address for Plaintiff Craig.

Since Plaintiff is no longer incarcerated, the Court's previous Order to Correct Deficiency entered on August 10, 2015 does not apply

(Dkt. 5). Therefore, IT IS ORDERED that the Order to Correct Deficiency is STRICKEN. Plaintiff is directed to submit an application to proceed without prepaying fees or costs, or to submit the $400 civil case filing fee within 21 days of the date of this order. A copy of the application to proceed without prepayment of fees or costs is included with this order.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to serve Plaintiff with copies of all previously filed notices and orders in this matter that have not yet reached Plaintiff; specifically, the Notice Regarding Parties' Responsibility to Notify Court of Address Changes (Dkt. 3) and Order to Correct Deficiency for Failure to Submit Filing Fee (Dkt. 5, now stricken).

**SO ORDERED**.

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated:   August 24, 2015
         Flint, Michigan

### Certificate of Service

I hereby certify that a copy of this order was served upon parties of record on August 24, 2015 via electronic or postal mail.

s/A. Chubb
Case Manager