# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

LISA CRAIG,

                Plaintiff,

v.                                      Case No. 15-12434
                                           Hon. Terrence G. Berg

CAMP BRIGHTON

                Defendant.

_____/

## ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE

This case was filed with the federal court on July 7, 2015. On October 6, 2015, the Court ordered Plaintiff to submit the filing fee or a completed application to proceed *in forma pauperis* [Dkt. 6]. Plaintiff has not responded to that order.

As part of its inherent authority to manage its docket, the Court has the power to dismiss a complaint *sua sponte* for failure to prosecute. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-32 (1962).

Accordingly, it is ORDERED that the above-captioned case shall be DISMISSED WITHOUT PREJUDICE for failure to prosecute.

Dated:  October 22, 2015                         s/Terrence G. Berg
                                                             TERRENCE G. BERG
                                                             U.S. DISTRICT JUDGE

## Certificate of Service

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served via electronic and/or ordinary mail.

Dated:  October 22, 2015          By:  s/K. Winslow for A. Chubb
                                                                Case Manager Generalist